■ In the Matter of HENRY KLEIN, Deceased.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 10, 1962, with notice of argument for the November 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ BARRETT G. KREISBERG v. JEAN WEINER et al.— Motion to dismiss appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES DAVIS. (B) THE PEOPLE OF THE STATE OF NEW YORK v. MUHAMMAD SADIQ and ABID HANEEF.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VOLGA ADAMS v. LORETTA V. MORAN, as Warden of Women's House of Detention.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ SHIRLEY FASTENBERG, Also Known as SHIRLEY F. SILFEN, v. BERNICE F. SIMON, Also Known as BERNICE FASTENBERG.— Motion for a stay denied. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between JOSEPH H. RICCIARDI et al. and ARTHUR MURRAY, INC.— Motion to dispense with printing granted to the extent of dispensing with the printing in the record on appeal of the testimony and exhibits before the arbitrators, on condition that the typewritten transcript of the proceedings before the arbitrators and the original exhibits are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ In the Matter of NELSON PRINCE v. WORKMEN'S COMPENSATION BOARD. — Motion for a stay denied, without prejudice, however, to an application for adjournment when and if this case appears on the calendar in this court and without prejudice to an application for removal to the Third Department. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ CROCE DI DONATO v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.— Application granted. Among others, a reviewable question is presented whether plaintiff established sufficiently the content of the unwritten sickness benefit plan upon which he relies for recovery. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

## SECOND DEPARTMENT, SEPTEMBER, 1962

### (September 11, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALAN ROBERT HOLLOWAY and DONALD PHILLIP LAMOTHE, Appellants.— Motion by appellants for reargument, recall of the court's remittitur and amendment of its order and decision dated April 30, 1962. Motion in all respects denied. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.